**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| | |
|---|---|
| **United States District Court** | **DISTRICT of ARIZONA** |
| **United States of America v.**<br><br>**Romeo Vicente-Claudio**<br>YOB: 1983; Citizen of Guatemala | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>**26-04146MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 9, 2026, at or near Sasabe, in the District of Arizona, **Romeo Vicente-Claudio**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on May 11, 2026, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Romeo Vicente-Claudio** is a citizen of Guatemala. On May 11, 2026, **Romeo Vicente-Claudio** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On October 9, 2026, agents found **Romeo Vicente-Claudio** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Romeo Vicente-Claudio** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| | |
|---|---|
| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | **SIGNATURE OF COMPLAINANT (official title)**<br><br>**OFFICIAL TITLE**<br>Eric R. Wood<br>Border Patrol Agent |
| **Sworn by telephone** _x__ | |
| **SIGNATURE OF MAGISTRATE JUDGE[1]** | **DATE**<br>October 13, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins